IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| NESTOR URBAY BROCHE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 319-057 |
| | ) |
| DIRECTOR OF BOP SOUTHERN | ) |
| REGIONAL DIVISION; D.J. HARTOM, | ) |
| Warden of USP Atlanta; DR. MARTIN, USP | ) |
| Atlanta; NURSE JONES, Atlanta Camp; | ) |
| CRAIG SIMMONS, Regional Counsel Tort | ) |
| Claim Division; and DIRECTOR OF | ) |
| MEDICAL DEPARTMENT AT REGIONAL | ) |
| REVIEW, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Plaintiff, incarcerated at McRae Correctional Facility in Helena, Georgia, filed the above-captioned case pursuant to 42 U.S.C. § 1983 in the Dublin Division of the Southern District of Georgia even though the named defendants are located in Atlanta, Georgia and the events in Plaintiff's complaint allegedly occurred at United States Penitentiary ("USP") Atlanta in Fulton County, Georgia. (See doc. nos. 1, 1-1, 1-3.) There is no indication the events alleged to have occurred in Plaintiff's complaint occurred at McRae Correctional Facility. (See doc. no. 1-3.) Thus, because Fulton County is in the Northern District of Georgia, the proper venue is the Atlanta Division of the Northern District of Georgia. 28 U.S.C. § 1391(b).

In the interest of justice, instead of dismissing this action, the Court **ORDERS** it **TRANSFERRED** to the Northern District of Georgia, Atlanta Division. 28 U.S.C. § 1406(a). The Court also **DIRECTS** the Clerk to forward the file to that District. Plaintiff should be aware that all future filings in this case, including the responses to the July 25, 2019 filing fee deficiency notices from the Clerk of Court, should be made with the Clerk, Richard B. Russell Federal Building, 2211 United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303.

SO ORDERED this 30th day of July, 2019, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE